UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DITECH HOLDING CORPORATION, et al.,<br><br>Debtors. | **ORDER**<br><br>23 Civ. 2482 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Pending before this Court are:

(1) Pro se Appellant Hilda Hutchinson's opening brief, filed on February 12, 2024 (Dkt. No. 6); and

(2) Appellee Consumer Claim Trustee's motion to dismiss for failure to prosecute, filed on February 7 (Dkt. No. 7).

The following briefing schedule will apply to Appellant Hutchinson's bankruptcy appeal:

- Appellee Consumer Claims Trustee's response is due by **February 23, 2024**; and

- The Appellant Hutchinson's reply, if any, is due by **March 8, 2024**.

In addition, Appellee Consumer Claim Trustee voluntarily "withdraws her Motion to Dismiss." (Dkt. No. 9 at 2) The Clerk of Court is directed to terminate the motion pending at Docket Number 7.

Dated: New York, New York
       February 14, 2024

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge