UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DITECH HOLDING CORPORATION, et al.,<br><br>Debtors. | **ORDER**<br><br>23 Civ. 2482 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Pro se Appellant Hutchinson moved for a temporary restraining order. (Dkt. No. 21) Consumer Claims Trustee Ditech Holding Corporation is directed to respond by April 11, 2024.

Dated: New York, New York
       April 4, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge