UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DITECH HOLDING CORPORATION, et al.,

Debtors.

**ORDER**

23 Civ. 2482 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On December 16, 2024, pro se Appellant Hilda Hutchinson filed a motion to supplement the record pursuant to Federal Rule of Bankruptcy Procedure 8009(e). (See Dkt. No. 25) Any opposition from the Appellee Consumer Claims Trustee is due by January 3, 2025.

Dated: New York, New York
       December 18, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge