## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In the matter of

DITECH HOLDING CORPORATION, ET AL.,

                Debtor.

------------------------------------------------------------------X

HILDA HUTCHINSON,

                Appellant,                23 **CIVIL** 2482 (PGG)

      -against-                    **JUDGMENT**

STACEY TUTT, COMSUMER CLAIMS TRUSTEE,

                Appellee.

------------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2025, the judgment of the Bankruptcy Court for the Southern District of New York is affirmed, and this appeal is dismissed in its entirety. Hutchinson's miscellaneous motions are denied; accordingly, the case is closed.

**Dated:** New York, New York
       April 25, 2025

                                                  **TAMMI M. HELLWIG**

                                                     **Clerk of Court**

                                **BY:**

                                                     **Deputy Clerk**